*E-Filed 6/1/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT MAYS,                                          No. C 12-0612 RS (PR)

      Petitioner,                                **ORDER OF DISMISSAL**

   v.

JOHN DOE,

      Respondent.
_____/

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago. Accordingly, the petition is hereby DISMISSED for petitioner's failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: June 1, 2012

                                                 RICHARD SEEBORG
                                              United States District Judge